**Dismiss and Opinion Filed September 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00682-CV**

**TERRY W. TARVIN, JR., Appellant**
**V.**
**CATHERINE BETH EDWARDS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-00239-E**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Appellant's brief in this appeal is overdue. By postcard dated August 13, 2024, we informed appellant the brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c). Appellee's Motion to Dismiss is denied as moot.

240682f.p05

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TERRY W. TARVIN, JR., Appellant

No. 05-24-00682-CV      V.

CATHERINE BETH EDWARDS,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-24-00239-
E.
Opinion delivered by Justice
Pedersen, III. Justices Smith and
Garcia participating.

     In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 30th day of September, 2024.